Augustus C. Ridout, Respondent, v. George Edgar Blauvelt and Anna Flenders, Appellants.— Judgment of the County Court of Rockland county affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Charles E. Robertson, Respondent, v. Morris Wolfinger and Max Lasberg, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Leo Rumboski, Respondent, v. Berry B. Simons, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, because of error on the part of the trial court in excluding the defendant's evidence as to the rental value of automobiles. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Fred C. Schepperle, Respondent, v. Patrick Monahan, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Joseph Schlegel and Others, Respondents, v. The Roman Catholic Church of the Most Holy Trinity in Montrose Avenue, Brooklyn, Appellant, Impleaded with Mary Schlegel and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Rich and Carr, JJ., concurred.

Mike Schultz, Respondent, v. The Barber Asphalt Paving Company, Appellant (Action No. 2).— Order of the County Court of Queens county reversed, with ten dollars costs and disbursements, and motion to dismiss complaint for failure to prosecute granted, with costs, on the authority of *Regan* v. *Milliken Bros.* (123 App. Div. 72). Hirschberg, P. J., Rich and Carr, JJ., concurred; Woodward and Thomas, JJ., dissented.

Mike Schultz, Respondent, v. The Barber Asphalt Paving Company, Appellant (Action No. 3).— Order of the County Court of Queens county reversed, with ten dollars costs and disbursements, and motion to dismiss complaint for failure to prosecute granted, with costs, on the authority of *Regan* v. *Milliken Bros.* (123 App. Div. 72). Hirschberg, P. J., Rich and Carr, JJ., concurred, Woodward and Thomas, JJ., dissented.

Charles E. Scofield, Respondent, v. John M. Wierk, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Richard F. B. Seaman, Respondent, v. Fitzhugh Smith, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Philip S. Smith, Appellant, v. Emma Arnheiter and Louis Schwartz, Respondents, Impleaded with Peter A. Minakaki and Others, Defendants.— Interlocutory judgment, in so far as appealed from, affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

The South Brooklyn Savings Institution, Plaintiff, v. Henry Pachman and Others, Defendants, Impleaded with Mechanics' Bank of Brooklyn, Respondent; Isaac Levingson, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.